IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATALDO PIRITO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 2:09-CV-02396 (SD) |
| | : | |
| PENN ENGINEERING WORLD HOLDINGS, LP and PENN ENGINEERING & MANUFACTURING CORP., | : : : : | |
| | : | |
| Defendants. | : | |

# LIST OF EXHIBITS

Exhibit 1:   January 23, 2003 Stock Purchase Agreement between Penn Engineering World Holdings, LP and Cataldo Pirito

Exhibit 2:   February 3, 2007 Partial Arbitration Award of the Chamber of National and International Arbitration of Milan ("Milan Chamber of Arbitration")

Exhibit 3:   February 13, 2009 Partial Award on Jurisdiction of the Milan Chamber of  Arbitration

Exhibit 4:   September 18. 2009 Final Award of the Milan Chamber of Arbitration

Exhibit 5:   April 21, 2004 letter from Girolamo Abbatescianni, Esq., to Dreher

Exhibit 6:   May 21, 2007 Opinion of the Court of Appeal of Milan (in Italian with an English translation)

Exhibit 7:   February 13, 2009 Order of the Court of Appeal of Milan (in Italian with an English translation)

Exhibit 8:   February 5, 2003 Determination of the Consolidated Net Equity of Maelux SA by Dr. Marcello Del Prete (in Italian with an English translation)